# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mayo Foundation for Medical Education and Research, | Civil File No. 21-cv-1039 (SRN-TNL) |
| Plaintiff/ Counterclaim Defendant, | **DECLARATION OF NATHAN J. EBNET IN SUPPORT OF MAYO'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MARK LANTERMAN** |
| vs. | |
| Knowledge to Practice, Inc., | |
| Defendant/ Counterclaim Plaintiff. | |

I, Nathan J. Ebnet, state as follows:

1. I am a partner in the law firm of Dorsey & Whitney LLP, and am one of the attorneys representing Plaintiff and Counterclaim Defendant Mayo Foundation for Medical Education and Research ("Mayo") in the above-captioned case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I submit this declaration in support of Mayo's Motion to Exclude the Expert Testimony of Mark Lanterman.

2. Attached hereto as **Exhibit 1 (filed under seal)** is a true and correct copy of the Expert Report of Mark Lanterman dated December 14, 2022.

3. Attached hereto as **Exhibit 2 (filed under seal)** is a true and correct copy of select pages from the deposition transcript of Mark Lanterman taken March 9, 2023.

4. Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of the Rebuttal Expert Report of R. Cuyler Robinson dated January 24, 2023.

5. Attached hereto as **Exhibit 4 (filed under seal)** is a true and correct copy of select pages from the deposition transcript of R. Cuyler Robinson taken February 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April 2023 in Minneapolis, Minnesota.

 *s/ Nathan J. Ebnet*
Nathan J. Ebnet, Esq.
